The People of the State of Illinois, defendant in error, v. Andrew Ryder, plaintiff in error. Gen. No. 27,945.

Conviction for petit larceny. Sentenced to house of correction for one year and fine of $100 and costs. Error to the Municipal Court of Chicago; the Hon. John A. Bugee, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1923. Affirmed. Opinion filed June 25, 1923.

Frank A. McDonnell, for plaintiff in error; S. B. McDonnell, Jr., of counsel. Robert E. Crowe, State's Attorney, for defendant in error; Edward E. Wilson and Clyde C. Fisher, Assistant State's Attorneys, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.